```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

RICHARD PERCEFULL                                              PLAINTIFF

      v.                    Case No. 11-6079

LIEUTENANT BAILY, Malvern Police Department;
RICHARD A. GARRETT, Chief Deputy Prosecuting
Attorney; GREGORY GRAIN, Public Defender;
SHERIFF CHAD LEDBETTER, Hot Springs County;
MAYOR NORTHCUT, Malvern, Arkansas; CHRIS
CLAGLAKER, Mayor, Camden, Arkansas; EDDY R.
EASLEY, Prosecuting Attorney, Malvern, Arkansas;
DEPUTY HALL, Malvern Police Department;
PHILLIP H. SHIRRON, Circuit Judge, Hot Springs
County; WILLIAM O'KEEF, Chief of Police, Camden
Arkansas; and DONNIE TALER, Chief of Police,
Malvern Arkansas                                               DEFENDANTS

### ORDER

Now on this 25th day of June 2013, there comes on for consideration the report and recommendation filed herein on April 19, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Also before the Court are Plaintiff's written objections. (Doc. 8).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's IFP motion (doc. 1) is **DENIED**, and Plaintiff's Complaint (doc. 2) is **DISMISSED WITH**

**PREJUDICE** on the grounds that the claims are frivolous, fail to state claims upon which relief may be granted, or are asserted against individuals who are immune from suit.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii)(IFP action may be dismissed on such grounds at any time).  Defendant's Motion to Supplement Complaint (doc. 6) is **DENIED AS MOOT.**

    IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge